BEFORE THE THIRD DIVISION, SEPTEMBER 5, 1968

**No. P68/382.**—Ross Products, Inc. *v.* United States, protest 59/18385 (New York).
**No. P68/383.**—Ross Products, Inc. *v.* United States, protest 67/60546 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2848), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 9, 1968

**No. P68/384.**—Beacon Cycle & Supply Co. *v.* United States, protest 59/6801 (Milwaukee).
**No. P68/385.**—Raleigh Industries of America, Inc. *v.* United States, protest 60/16376 (Cleveland).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicycles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. P68/386.**—N. Erlanger Blumgart Co., Inc. *v.* United States, protest 64/6562 (New York).
**No. P68/387.**—N. Erlanger Blumgart & Co., Inc. *v.* United States, protests 65/18122, etc. (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of quality VV9 and 430 heavyweight cotton suede cloth weighing 11 ounces or over per square yard similar in all material respects to that the subject of *N. Erlanger Blumgart & Co., Inc.* v. *United States* (59 Cust. Ct. 121, C.D. 3092), the claim of the plaintiffs was sustained.